DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACK CIRRINCIONE** and **JULIE CIRRINCIONE,**
Appellants,

v.

**DEUTSCHE BANK, N.A.,**
Appellee.

No. 4D22-1332

[August 10, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2017-CA-009399-XXXX-MB.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***